**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN District of INDIANA
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Azimuth Custom Extrusions LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

3 5 – 2 1 5 7 9 6 0
EIN

**5. Debtor's address**

**Principal place of business**

c/o Kenneth L. Dickerson
Number    Street

10334 Hedden Road

Evansville         IN      47725
City              State    ZIP Code

_____
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____  _____  _____
City              State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____  _____  _____
City              State   ZIP Code

Debtor   Azimuth Custom Extrusions LLC                    Case number (*if known*)_____
         Name

---

**6. Debtor's website** (URL)   _____

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____

   District _____ Date filed _____ Case number, if known_____
                                  MM / DD / YYYY

   Debtor _____  Relationship _____

   District _____ Date filed _____ Case number, if known_____
                                  MM / DD / YYYY

---

### Part 3:   Report About the Case

**10. Venue**

*Check one:*
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor  Azimuth Custom Extrusions LLC                   Case number (if known) _____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| SEKISUI Polymer Innovations, LLC | goods and/or services provided on account | $ 350,785. |
| Tekno Apex Company | goods and/or services provided on account | $ 93,238. |
| Plastic Process Equipment, Inc. | goods and/or services provided on account | $ 2,112. |
|  | Total of petitioners' claims | $ 446,135. |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

SEKISUI Polymer Innovations, LLC
Name  c/o Rubin & Levin, P.C.

135 N. Pennsylvania St., Ste. 1400
Number   Street

Indianapolis        IN        46204
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Debbie Elliott
Name

6685 Low Street
Number  Street

Bloomsburg          PA        17815
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/14/2019
            MM / DD / YYYY

✗ /s/ Debra Elliott  Customer Financial Service Manager
Signature of petitioner or representative, including representative's title

**Attorneys**

John M. Rogers
Printed name

Rubin & Levin, P.C.
Firm name, if any

135 N. Pennsylvania St., Ste. 1400
Number   Street

Indianapolis        IN        46204
City                State     ZIP Code

Contact phone (317) 634-0300   Email johnr@rubin-levin.net

Bar number 6182-49

State IN

✗ /s/John M. Rogers
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205      Involuntary Petition Against a Non-Individual      page 3

Debtor _____    Case number (if known) _____
      Name

**Name and mailing address of petitioner**
Tekno Apex Company
Name c/o Rubin & Levin, P.C.
135 N. Pennsylvania St., Ste. 1400
Number    Street
Indianapolis    IN    46204
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
Bruce Galletly
Name
505 Central Avenue
Number    Street
Pawtucket    RI    02861
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/8/2019
      MM / DD / YYYY

✗ /s/ B~B. [signature]
Signature of petitioner or representative, including representative's title

John M. Rogers
Printed name
Rubin & Levin, P.C.
Firm name, if any
135 N. Pennsylvania St., Ste. 1400
Number    Street
Indianapolis    IN    46204
City    State    ZIP Code
Contact phone  (317) 634-0300    Email johnr@rubin-levin.net
Bar number  6182-49
State  IN

✗ /s/John M. Rogers
Signature of attorney

Date signed _____
      MM / DD / YYYY

---

**Name and mailing address of petitioner**
Plastic Process Equipment, Inc.
Name c/o Rubin & Levin, P.C.
135 N. Pennsylvania St., Ste. 1400
Number    Street
Indianapolis    IN    46204
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name
8303 Corporate Park Drive
Number    Street
Macedonia    OH    44056
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

John M. Rogers
Printed name
Rubin & Levin, P.C.
Firm name, if any
135 N. Pennsylvania St., Ste. 1400
Number    Street
Indianapolis    IN    46204
City    State    ZIP Code
Contact phone  (317) 634-0300    Email johnr@rubin-levin.net
Bar number  6182-49
State  IN

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

Debtor _____  Case number (if known) _____
         Name

### Name and mailing address of petitioner

Tekno Apex Company
Name c/o Rubin & Levin, P.C.

135 N. Pennsylvania St., Ste. 1400
Number   Street

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | ZIP Code |

### Name and mailing address of petitioner's representative, if any

Bruce Galletly
Name

505 Central Avenue
Number   Street

| Pawtucket | RI | 02861 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X /s/
_____
Signature of petitioner or representative, including representative's title

---

John M. Rogers
Printed name

Rubin & Levin, P.C.
Firm name, if any

135 N. Pennsylvania St., Ste. 1400
Number   Street

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (317) 634-0300    Email johnr@rubin-levin.net

Bar number  6182-49

State  IN

X /s/John M. Rogers
_____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

Plastic Process Equipment, Inc.
Name c/o Rubin & Levin, P.C.

135 N. Pennsylvania St., Ste. 1400
Number   Street

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | ZIP Code |

### Name and mailing address of petitioner's representative, if any

Edward R Kuchar Sr
Name

8303 Corporate Park Drive
Number   Street

| Macedonia | OH | 44056 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/08/2019
             MM / DD / YYYY

X /s/ Edward R Kuchar, CEO
_____
Signature of petitioner or representative, including representative's title

---

John M. Rogers
Printed name

Rubin & Levin, P.C.
Firm name, if any

135 N. Pennsylvania St., Ste. 1400
Number   Street

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (317) 634-0300    Email johnr@rubin-levin.net

Bar number  6182-49

State  IN

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 4