# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DISTRICT DIVISION

In re: AZIMUTH CUSTOM EXTRUSIONS LLC    §   Case No. 19-71300-AKM-7
                                        §
                                        §
                                        §
Debtor(s)                               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Stacy M. Wissel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $228.56                       Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $289,084.64    Claims Discharged
                                                Without Payment: $2,822,889.42

Total Expenses of Administration: $223,273.36

---

   3) Total gross receipts of $ 512,358.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $512,358.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 223,003.36 | 223,273.36 | 223,273.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 770.00 | 373.10 | 373.10 | 373.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,514,990.75 | 1,585,445.55 | 1,583,333.55 | 288,711.54 |
| **TOTAL DISBURSEMENTS** | $2,515,760.75 | $1,808,822.01 | $1,806,980.01 | $512,358.00 |

      4) This case was originally filed under Chapter 7 on October 14, 2019. The case was pending for 32 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2022          By: /s/Stacy M. Wissel
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim v Travelers for business interruption **Ad | 1129-000 | 507,358.00 |
| remnant asset sale | 1229-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$512,358.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Stacy M. Wissel | 2100-000 | N/A | 28,867.90 | 28,867.90 | 28,867.90 |
| Trustee Expenses - Stacy M. Wissel | 2200-000 | N/A | 327.82 | 327.82 | 327.82 |
| Other - Marietta CPAs | 3410-000 | N/A | 8,528.30 | 8,528.30 | 8,528.30 |
| Other - Marietta CPAs | 3420-000 | N/A | 234.30 | 234.30 | 234.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Clerk of the Court Costs - Clerk, USBC | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| Clerk of the Court Costs - Clerk, USBC | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Rubin & Levin | 3210-000 | N/A | 33,030.00 | 33,030.00 | 33,030.00 |
| Other - Rubin & Levin | 3220-000 | N/A | 441.59 | 441.59 | 441.59 |
| Other - David J. Cutshaw | 3210-600 | N/A | 25,685.00 | 25,685.00 | 25,685.00 |
| Other - Kevin M. Grudzien | 3410-000 | N/A | 101,471.60 | 101,741.60 | 101,741.60 |
| Other - Indiana Department of Revenue | 2820-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - Indiana Department of Revenue | 2820-000 | N/A | 240.00 | 240.00 | 240.00 |
| Other - Indiana Department of Revenue | 2820-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - IRS | 2810-000 | N/A | 12,300.00 | 12,300.00 | 12,300.00 |
| Other - IRS | 2810-000 | N/A | 3,150.00 | 3,150.00 | 3,150.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 291.65 | 291.65 | 291.65 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 430.62 | 430.62 | 430.62 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 307.35 | 307.35 | 307.35 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 349.23 | 349.23 | 349.23 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 307.14 | 307.14 | 307.14 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 462.14 | 462.14 | 462.14 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 661.26 | 661.26 | 661.26 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 556.53 | 556.53 | 556.53 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 520.43 | 520.43 | 520.43 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 612.45 | 612.45 | 612.45 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 555.79 | 555.79 | 555.79 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 591.90 | 591.90 | 591.90 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 553.95 | 553.95 | 553.95 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 534.63 | 534.63 | 534.63 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 589.02 | 589.02 | 589.02 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 546.76 | 546.76 | 546.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $223,003.36 | $223,273.36 | $223,273.36 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | SEKISUI Polymer innovations, LLC | 5800-000 | N/A | 373.10 | 373.10 | 373.10 |
| NOTFILED | Indiana Department of Revenue Attn: Bankruptcy | 5200-000 | 770.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $770.00 | $373.10 | $373.10 | $373.10 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Estes Express Lines | 7100-000 | 85,624.05 | 1,555.03 | 1,555.03 | 283.55 |
| 2 | MyTex Polymers US Corp. | 7100-000 | 25,690.00 | 25,690.00 | 25,690.00 | 4,684.42 |
| 3 | Plastic Process Equipment | 7100-000 | 1,093.79 | 2,112.00 | 0.00 | 0.00 |
| 4 | Teknor Apex | 7100-000 | 102,558.90 | 93,238.00 | 93,238.00 | 17,001.40 |
| 5U | SEKISUI Polymer innovations, LLC | 7100-000 | 360,784.92 | 367,410.29 | 367,410.29 | 66,995.10 |
| 6 | Interlake Plastic Supply, LLC | 7100-000 | 13,780.48 | 11,324.88 | 11,324.88 | 2,065.02 |
| 7 | C.H. Robinson Worldwide, Inc | 7100-000 | 84,021.02 | 83,394.94 | 83,394.94 | 15,206.57 |
| 8 | The Ward Family Trust | 7100-000 | unknown | 410,000.00 | 410,000.00 | 74,761.08 |
| 9 | Stoll Keenon Ogden PLLC | 7100-000 | 96,746.74 | 48,373.37 | 48,373.37 | 8,820.60 |
| 10 | Starks Manufacturing & Business Solutions, Inc. | 7100-000 | unknown | 238,371.41 | 238,371.41 | 43,465.62 |
| 11 | Premier Scales & Systems | 7100-000 | 319.20 | 431.91 | 431.91 | 78.76 |
| 12 | Uniroyal Global | 7100-000 | N/A | 60,546.15 | 60,546.15 | 11,040.23 |
| 13 | EEMSCO | 7100-000 | 5,356.81 | 6,049.93 | 6,049.93 | 1,103.17 |
| 14 | Industrial Roller Corporate | 7100-000 | 4,839.00 | 4,839.00 | 4,839.00 | 882.36 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Pickup Delivery and Shipping | 7100-000 | 29,502.05 | 10,490.04 | 10,490.04 | 1,912.80 |
| 16 | Butler MacDonald | 7100-000 | 6,074.44 | 3,037.22 | 3,037.22 | 553.82 |
| 17 | Mounts Electric, Inc. | 7100-000 | 25,226.96 | 12,928.48 | 12,928.48 | 2,357.43 |
| 18 | Stemaly Excavating Inc | 7100-000 | 1,200.00 | 1,200.00 | 1,200.00 | 218.81 |
| 19 | Jelliff Corporation | 7100-000 | 1,735.50 | 800.00 | 800.00 | 145.88 |
| 20 | Corr-Wood Manufacturing, Inc. | 7100-000 | 50,697.69 | 34,599.09 | 34,599.09 | 6,308.94 |
| 21 | NORDSON CORPORATION c/o Weltman, | 7100-000 | N/A | 47,134.00 | 47,134.00 | 8,594.61 |
| 22 | SAIA Motor Fredight Line, LLC | 7100-000 | 36,020.58 | 49,948.62 | 49,948.62 | 9,107.84 |
| 23 | Reference Services, Inc. | 7100-000 | 40.00 | 332.00 | 332.00 | 60.54 |
| 24 | McMaster-Carr Supply Company | 7100-000 | 5,692.10 | 3,120.73 | 3,120.73 | 569.05 |
| 25 | U.S. Bank NA dba Elan Financial Services | 7100-000 | N/A | 12,688.45 | 12,688.45 | 2,313.66 |
| 26 | Tri State Bearing | 7100-000 | 15,927.08 | 17,809.25 | 17,809.25 | 3,247.41 |
| 27 | American Express National Bank | 7100-000 | N/A | 2,526.81 | 2,526.81 | 460.75 |
| 28 | Plastic Process Equipment, Inc. | 7100-000 | 1,093.79 | 2,025.71 | 2,025.71 | 369.38 |
| 29 | HR Connects | 7100-000 | 33,468.24 | 33,468.24 | 33,468.24 | 6,102.74 |
| NOTFILED | O'Bryan Transport, Inc. | 7100-000 | 2,098.50 | N/A | N/A | 0.00 |
| NOTFILED | Nussmier Engraving Company | 7100-000 | 97.24 | N/A | N/A | 0.00 |
| NOTFILED | NewWave Polymers, Inc. | 7100-000 | 34,473.40 | N/A | N/A | 0.00 |
| NOTFILED | OMNOVA Solutions Inc. | 7100-000 | 237,525.97 | N/A | N/A | 0.00 |
| NOTFILED | Ohio Valley Sprinklers | 7100-000 | 933.00 | N/A | N/A | 0.00 |
| NOTFILED | McDunnough, Inc. | 7100-000 | 12,525.00 | N/A | N/A | 0.00 |
| NOTFILED | Nalco Energy Services | 7100-000 | 2,270.14 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Dept, of the Environment | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | J.E. Shekell Inc. | 7100-000 | 15,961.16 | N/A | N/A | 0.00 |
| NOTFILED | Harding & Schmansky Co. | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GS&P Enterprises LLC | 7100-000 | 2,246.51 | N/A | N/A | 0.00 |
| NOTFILED | General Rubber & Plastics | 7100-000 | 5,160.96 | N/A | N/A | 0.00 |
| NOTFILED | Grainger | 7100-000 | 13,102.33 | N/A | N/A | 0.00 |
| NOTFILED | Jamplast, Inc. | 7100-000 | 117,850.76 | N/A | N/A | 0.00 |
| NOTFILED | John Bouchard & Sons Co. | 7100-000 | 4,159.96 | N/A | N/A | 0.00 |
| NOTFILED | Mid America Filter & Equipment, Inc. | 7100-000 | 1,649.10 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Telecom Communications | 7100-000 | 197.00 | N/A | N/A | 0.00 |
| NOTFILED | KOKNECRANES | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | King's Custom Machine | 7100-000 | 2,525.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Johnson Controls Inc. | 7100-000 | 1,021.15 | N/A | N/A | 0.00 |
| NOTFILED | Johnson Plastics and Supply | 7100-000 | 3,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Miller Business Solutions, Inc. | 7100-000 | 2,351.35 | N/A | N/A | 0.00 |
| NOTFILED | People Rady Inc. | 7100-000 | 91,282.96 | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Lighting & Supply | 7100-000 | 756.83 | N/A | N/A | 0.00 |
| NOTFILED | Uniroyal Global | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tennant | 7100-000 | 335.20 | N/A | N/A | 0.00 |
| NOTFILED | The Heatzone, Inc. | 7100-000 | 10,043.70 | N/A | N/A | 0.00 |
| NOTFILED | United Health Care | 7100-000 | 38,298.54 | N/A | N/A | 0.00 |
| NOTFILED | Tecmer PM, LLC | 7100-000 | 48,761.08 | N/A | N/A | 0.00 |
| NOTFILED | Walts Drive-a-way Services, Inc. | 7100-000 | 20,752.50 | N/A | N/A | 0.00 |
| NOTFILED | Vectren | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wysong & Miles Company | 7100-000 | 535.05 | N/A | N/A | 0.00 |
| NOTFILED | XALOY c/o Nordson Corporation | 7100-000 | 47,134.04 | N/A | N/A | 0.00 |
| NOTFILED | WOW Business | 7100-000 | 648.78 | N/A | N/A | 0.00 |
| NOTFILED | Wright Steel & Service | 7100-000 | 1,452.25 | N/A | N/A | 0.00 |
| NOTFILED | T.R.U. Event Rental Inc. | 7100-000 | 235.40 | N/A | N/A | 0.00 |
| NOTFILED | Worldwide Express | 7100-000 | 1,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Stark Manufacturing & Business Solutions c/o Stone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stark Mfg. & Business, Inc. | 7100-000 | 2,530.00 | N/A | N/A | 0.00 |
| NOTFILED | PYXIS Group, LLC | 7100-000 | 25,175.00 | N/A | N/A | 0.00 |
| NOTFILED | Regal Metrology, Inc. | 7100-000 | 610.00 | N/A | N/A | 0.00 |
| NOTFILED | Priority One Fire & Security | 7100-000 | 402.61 | N/A | N/A | 0.00 |
| NOTFILED | ProLift | 7100-000 | 902.34 | N/A | N/A | 0.00 |
| NOTFILED | Republic Services/BFI Wast Services | 7100-000 | 2,122.22 | N/A | N/A | 0.00 |
| NOTFILED | PolyOne Corporation | 7100-000 | 1,874.83 | N/A | N/A | 0.00 |
| NOTFILED | RICOH USA, Inc. | 7100-000 | 816.12 | N/A | N/A | 0.00 |
| NOTFILED | Rich's Lawn Care | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Vincent Evansville Convenient | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | Staff Safety Equipment, Inc. | 7100-000 | 1,858.85 | N/A | N/A | 0.00 |
| NOTFILED | SAVIC Innovative Plastics | 7100-000 | 49,467.58 | N/A | N/A | 0.00 |
| NOTFILED | Spectrum Logistics Inc. | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Evansville Welding Supply | 7100-000 | 4,794.80 | N/A | N/A | 0.00 |
| NOTFILED | Robert K. Dickerson | 7100-000 | 36,332.22 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Color Master Inc. | 7100-000 | 18,138.13 | N/A | N/A | 0.00 |
| NOTFILED | Evansville Waterworks Dept. | 7100-000 | 4,590.37 | N/A | N/A | 0.00 |
| NOTFILED | Entec Polymers, LLC | 7100-000 | 34,625.60 | N/A | N/A | 0.00 |
| NOTFILED | Cintas First Aid & Safety | 7100-000 | 1,750.93 | N/A | N/A | 0.00 |
| NOTFILED | Cloeren Inc. | 7100-000 | 1,400.01 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corporation | 7100-000 | 14,257.39 | N/A | N/A | 0.00 |
| NOTFILED | Crown Lift Trucks | 7100-000 | 882.75 | N/A | N/A | 0.00 |
| NOTFILED | Charles C. Mans | 7100-000 | 32,426.62 | N/A | N/A | 0.00 |
| NOTFILED | Crus/Aid Industries Inc. | 7100-000 | 1,539.76 | N/A | N/A | 0.00 |
| NOTFILED | Crown Packagaing Inc. | 7100-000 | 7,259.12 | N/A | N/A | 0.00 |
| NOTFILED | EBN-Fasteners & Ind. Supplies | 7100-000 | 1,487.81 | N/A | N/A | 0.00 |
| NOTFILED | Edgetek Inc. | 7100-000 | 1,435.25 | N/A | N/A | 0.00 |
| NOTFILED | Doug Keith | 7100-000 | 57,555.06 | N/A | N/A | 0.00 |
| NOTFILED | Brake Supply Company | 7100-000 | 330.09 | N/A | N/A | 0.00 |
| NOTFILED | Custom Etch Rolls Inc. | 7100-000 | 51,305.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Ribbon, Inc. | 7100-000 | 955.93 | N/A | N/A | 0.00 |
| NOTFILED | Action Pest Control | 7100-000 | 523.00 | N/A | N/A | 0.00 |
| NOTFILED | Advantage Print Solutions | 7100-000 | 357.38 | N/A | N/A | 0.00 |
| NOTFILED | AEC, Inc. | 7100-000 | 481.72 | N/A | N/A | 0.00 |
| NOTFILED | Akron Specialized Products, Inc. | 7100-000 | 13,130.08 | N/A | N/A | 0.00 |
| NOTFILED | Atlas Machine & Supply, Inc. | 7100-000 | 6,172.12 | N/A | N/A | 0.00 |
| NOTFILED | B.W. Rogers Co. | 7100-000 | 3,081.54 | N/A | N/A | 0.00 |
| NOTFILED | Arkema Inc. | 7100-000 | 181,455.75 | N/A | N/A | 0.00 |
| NOTFILED | Amco Polymers | 7100-000 | 198,543.10 | N/A | N/A | 0.00 |
| NOTFILED | Alstadt Plumbing Inc. | 7100-000 | 9,288.47 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,514,990.75** | **$1,585,445.55** | **$1,583,333.55** | **$288,711.54** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-71300-AKM-7  
**Case Name:** AZIMUTH CUSTOM EXTRUSIONS LLC

**Trustee:** (340470) Stacy M. Wissel  
**Filed (f) or Converted (c):** 10/14/19 (f)  
**§341(a) Meeting Date:** 03/20/20  

**Period Ending:** 06/10/22  
**Claims Bar Date:** 09/21/20

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 0.00 | 0.00 | OA | 0.00 | FA |
| 2 | savings Account at First Federal Bank, xxxxxx091 | 228.56 | 228.56 | OA | 0.00 | FA |
| 3 | Account at German American Bank | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | Claim v Travelers for business interruption **Ad | 750,000.00 | 750,000.00 | | 507,358.00 | FA |
| 5 | potential fraudulent transfer claim re sale  (u) | Unknown | Unknown | | 0.00 | FA |
| 6 | remnant asset sale  (u) | Unknown | Unknown | | 5,000.00 | FA |
| 6 | Assets   Totals (Excluding unknown values) | $750,228.56 | $750,228.56 | | $512,358.00 | $0.00 |

**Major Activities Affecting Case Closing:**

spoke to Ken Dickerson re background on Biz and actions to take moving forward.

12/05/19  NOtice from Court setting Conference in eville on January 7

12/12/19  email to R Berry re conflict to employ Jim Young?  He will seek consent from petitioning creditors; Jim says no conflict and he will do it.

12/19/19 spoke to Ken Dickerson re: letter received from Travellers Insurance requesting action/ claim by Janaury 31, 2020.  Forwarded email string, letter adn docket to J Young and requested employment motion.

12/19/19 Jim Young enters appearance

01/08/20 filed and served mtn to employ Jim ; status conference continued to March 18 at 1:30

01/29/20  spoke to jim - re need to employ  Pixus - as rubin & levin will run into conflict  - he will get back to me at weeks end

02/04/20 spoke to Nick who represents Ken Dickerson with regard to signing petition  - advised that I beleive that penalty clause is less severe than col petition ("reasonable"  not "true and accurate") - sent court's order to complete filing to Nick

02/04/20 Cliff Whitehead called (from nicks firm re not want to sign peititon - told him to call Jim

02/11/20  emailed string between Jim and Kevin Grudzien of pyxis group - counsel to be employed to litigate insurance recovery claim.  Jim will prepare Mtn to Employ; email to Lindsay at clerk's office re setting 341

03/04/20  cert of service on order to employ Kevin Grudzein

03/11/20  cert of service on order employ Rubin & Levin

03/18/20 email and LM for Ken Dickerson re: no meeting to be held this Friday

06/01/20  email to Cliff Whitehead (atty for K Dickerson) re continued meeting and need for Ken to appear

06/04/20 talked to Jim - he has talked to counsel re settlement neg with insurance and will likely begin drafting complaint (statute runs ealry august)

06/08/20 spoke to Jim YOung - he will bringon Cohen and Malad to litigate insurance issue and cut deal with Pyxus reL admin claim /secured claim for work performed

06/20/20 printed app to employ Cohen to file

06/20/20 filed report of assets

07/06/20 cert of service on order employ cutshaw

07/09/20 signed and returned tolling agreement to David Cutshaw  (9-16-20)

08/27/20  printed asset purchase agreement (Oak Partners) and sent signed page to Lori for filing with  mtn to sell

08/28/20  call with Jim - looks like travelers will pay $250K undiputed -  $60K still in dispute.  Jim will get wth counsel to determine whether settlement agreement is required - and will file fee apps for counsel

Printed: 06/10/2022 03:30 PM     V.20.45

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-71300-AKM-7  **Trustee:** (340470) Stacy M. Wissel
**Case Name:** AZIMUTH CUSTOM EXTRUSIONS LLC  **Filed (f) or Converted (c):** 10/14/19 (f)
  **§341(a) Meeting Date:** 03/20/20
**Period Ending:** 06/10/22  **Claims Bar Date:** 09/21/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

08/31/20 printed mtn to sell remannt and mtn to defer filing fee to fiel
09/01/20 order on mtn to defer filing fee to file
09/10/20 3 mtn for compensation filed
09/14/20 printed signed and return to david and jim the 2nd tolling agreement
09/22/20 email from Jim that settlement negotiations are ongoing.  also - need AP to deal with "objecting creditor " to allow claim as u/c (though no claim filed)
09/22/20 cert of service on order aprpoving sale (remnanat)
09/22/20 signed and returned asset purchase agreement to Andrew Kaplan
10/13/20  satatus heairing on 3 mtn for compensation - J Young attends adn orders aprpoved
10/14/20 cert of service on fee orders and cut checks
12/14/20 signed and returned to D Cutshaw the 4th tolling agreement; VM from Jim re pending AP re extent of lien.
12/23/20  Jim filed mtn to settle the claim re: HR connects (will resolve AP)
01/04/21 spoke with Jim re moving forward with the lawsuit  - and sent him a form 1
01/11/21  rev and will allow 29 (inlcuding HR connects - subject of adversary)
01/28/21 executed release and returned to Cutshaw - copy to file
02/03/21 cert of service on settlement order with Travelers; order on cutshaw 2nd fees; cut and mailed check this date
03/05/21  cert of serv on fee order for R & L and Grudzien - no order yet for Cutshaw  (emailed clerk on 3/4) - cut and mailed checks
03/09/21 spoke to lori at Court - new order uploaded on 3/3 (to note "final") - has been sent to judge for review
03/10/21 cert of service on fee order to Cutshaw - mailed check this date
03/25/21  email to Jim - do I need acct?  he will get back to me
04/01/21 prepared  and sent to T Choate an app to employ acct
04/06/21 filed mtn to employ acct
04/07/21  sent requested documents to T Choate (acct)
04/21/21 cert of serv on ORder to employ acct
09/15/21 sent propsoed 19, 20, 21 returns to D Paparelli to review before filing.  Dave has retired - reached out to Nick Cirigiano re new acct?
11/15/21   email exchange with Teresa re tax returns - I sent Form 1 and @ and told her to prepare them and send to me for filing ASAP
11/24/21  signed and mailed all tx returns and checks; filed and served app to pay acct
12/21/21 cert of service on acct fee order - cut and mailed check
01/20/22 rec'd 1099s and will mail same - email to T Choate re will there be additonal fees?
02/14/22  email from UST re claim #29 (result of AP) adn need corr TFR  (tee expenses) - updated and to Jennifer FOrbes this date
03/03/22 send bank statement to acct to try to resolve penalties re letter rec'd from IDR
03/04/22 sent CORR TFR and bank statement to J Forbes
03/29/22  cert of service order on tee fees
03/29/22 distribution

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-71300-AKM-7  
**Case Name:** AZIMUTH CUSTOM EXTRUSIONS LLC  

**Trustee:** (340470) Stacy M. Wissel  
**Filed (f) or Converted (c):** 10/14/19 (f)  
**§341(a) Meeting Date:** 03/20/20  

**Period Ending:** 06/10/22  

**Claims Bar Date:** 09/21/20  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2021   **Current Projected Date Of Final Report (TFR):** March 4, 2022  (Actual)

Case 19-71300-AKM-7A    Doc 119    Filed 06/14/22    EOD 06/14/22 14:17:21    Pg 12 of 16

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 19-71300-AKM-7  
**Case Name:** AZIMUTH CUSTOM EXTRUSIONS LLC  

**Trustee:** Stacy M. Wissel (340470)  
**Bank Name:** Mechanics Bank  
**Account:** ******7166 - Checking Account  

**Taxpayer ID #:** **-***7960  
**Period Ending:** 06/10/22  

**Blanket Bond:** $22,684,758.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/20 | {4} | Travelers Insurance | turnvoer of funds | 1129-000 | 252,358.00 | | 252,358.00 |
| 09/21/20 | {4} | Travelers | payment on ins claim (claim data expense) | 1129-000 | 25,000.00 | | 277,358.00 |
| 09/22/20 | 101 | Clerk, USBC | Ref # FILING FEE FOR SALE | 2700-000 | | 181.00 | 277,177.00 |
| 09/30/20 | {6} | Oak Point PArtners | proceeds from sale of remant assets | 1229-000 | 5,000.00 | | 282,177.00 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 291.65 | 281,885.35 |
| 10/06/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 281,885.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 282,358.00 | 282,358.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 281,885.35 | |
| | | | **Subtotal** | | 282,358.00 | 472.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$282,358.00** | **$472.65** | |

{} Asset reference(s)

Printed: 06/10/2022 03:30 PM     V.20.45

Case 19-71300-AKM-7A   Doc 119   Filed 06/14/22   EOD 06/14/22 14:17:21   Pg 13 of 16

Exhibit 9

Page: 2

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 19-71300-AKM-7  
**Case Name:** AZIMUTH CUSTOM EXTRUSIONS LLC  
**Taxpayer ID #:** **-***7960  
**Period Ending:** 06/10/22

**Trustee:** Stacy M. Wissel (340470)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******7243 - Checking Account  
**Blanket Bond:** $22,684,758.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/06/20 | | Transition Transfer Credit | Transition Transfer Credit | | 9999-000 | 281,885.35 | | 281,885.35 |
| 10/14/20 | 10102 | Kevin M. Grudzien | Ref # PYXIS | | 3410-000 | | 50,741.60 | 231,143.75 |
| 10/14/20 | 10103 | David J. Cutshaw | Ref # CUTSHAW | | 3210-600 | | 9,290.00 | 221,853.75 |
| 10/14/20 | 10104 | Rubin & Levin | | | | | 22,501.17 | 199,352.58 |
| | | | Ref # SP COUNSEL | 22,208.50 | 3210-000 | | | 199,352.58 |
| | | | Ref # SP COUNSEL | 292.67 | 3220-000 | | | 199,352.58 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 430.62 | 198,921.96 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 307.35 | 198,614.61 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 349.23 | 198,265.38 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 307.14 | 197,958.24 |
| 02/03/21 | 10105 | David J. Cutshaw | Ref # CUTSHAW | | 3210-600 | | 11,235.00 | 186,723.24 |
| 02/11/21 | {4} | Travelers | turnover of ins proceeds per agreement | | 1129-000 | 230,000.00 | | 416,723.24 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 462.14 | 416,261.10 |
| 03/05/21 | 10106 | Kevin M. Grudzien | Ref # PYXIS | | 3410-000 | | 51,000.00 | 365,261.10 |
| 03/05/21 | 10107 | Rubin & Levin PC | atty fees paid per order 3/5/21  #101 | | | | 10,970.42 | 354,290.68 |
| | | | Ref # SP COUNSEL | 10,821.50 | 3210-000 | | | 354,290.68 |
| | | | Ref # SP COUNSEL | 148.92 | 3220-000 | | | 354,290.68 |
| 03/10/21 | 10108 | David J. Cutshaw | Ref # CUTSHAW | | 3210-600 | | 7,795.00 | 346,495.68 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 661.26 | 345,834.42 |
| 04/14/21 | | David J. Cutshaw | refund of atty fees | | 3210-600 | | -2,635.00 | 348,469.42 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 556.53 | 347,912.89 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 520.43 | 347,392.46 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 612.45 | 346,780.01 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 555.79 | 346,224.22 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 591.90 | 345,632.32 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 553.95 | 345,078.37 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 534.63 | 344,543.74 |
| 11/24/21 | 10109 | IRS | Ref # 35-2157960   tax year 2020 | | 2810-000 | | 3,150.00 | 341,393.74 |
| 11/24/21 | 10110 | IRS | Ref # 35-2157960   tax year 2019 | | 2810-000 | | 12,300.00 | 329,093.74 |
| 11/24/21 | 10111 | Indiana Department of Revenue | Ref # 352157960  tax year 2021 | | 2820-000 | | 75.00 | 329,018.74 |
| 11/24/21 | 10112 | Indiana Department of Revenue | Ref # 352157960  tax year 2020 | | 2820-000 | | 240.00 | 328,778.74 |
| 11/24/21 | 10113 | Indiana Department of Revenue | Ref # 352157960 tax year 2019 | | 2820-000 | | 250.00 | 328,528.74 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 589.02 | 327,939.72 |
| 12/21/21 | 10114 | Marietta CPAs | | | | | 8,762.60 | 319,177.12 |
| | | | per order 12/20/21 | 8,528.30 | 3410-000 | | | 319,177.12 |
| | | | per order 12/20/21 | 234.30 | 3420-000 | | | 319,177.12 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 546.76 | 318,630.36 |

Subtotals :      $511,885.35     $193,254.99

{} Asset reference(s)

Printed: 06/10/2022 03:30 PM     V.20.45

Case 19-71300-AKM-7A   Doc 119   Filed 06/14/22   EOD 06/14/22 14:17:21   Pg 14 of 16

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 19-71300-AKM-7  
**Case Name:** AZIMUTH CUSTOM EXTRUSIONS LLC  
**Taxpayer ID #:** **-***7960  
**Period Ending:** 06/10/22  

**Trustee:** Stacy M. Wissel (340470)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******7243 - Checking Account  
**Blanket Bond:** $22,684,758.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/22 | 10115 | Clerk, USBC | Ref # AP20-57020 | 2700-000 | | 350.00 | 318,280.36 |
| 03/29/22 | 10116 | Stacy M. Wissel | Dividend paid 100.00% on $28,867.90, Trustee Compensation; Reference: | 2100-000 | | 28,867.90 | 289,412.46 |
| 03/29/22 | 10117 | Stacy M. Wissel | Dividend paid 100.00% on $327.82, Trustee Expenses; Reference: | 2200-000 | | 327.82 | 289,084.64 |
| 03/29/22 | 10118 | Estes Express Lines | Dividend paid 18.23% on $1,555.03; Claim# 1; Filed: $1,555.03; Reference: 9771 | 7100-000 | | 283.55 | 288,801.09 |
| 03/29/22 | 10119 | MyTex Polymers US Corp. | Dividend paid 18.23% on $25,690.00; Claim# 2; Filed: $25,690.00; Reference: 9032 | 7100-000 | | 4,684.42 | 284,116.67 |
| 03/29/22 | 10120 | Teknor Apex | Dividend paid 18.23% on $93,238.00; Claim# 4; Filed: $93,238.00; Reference: 6107 | 7100-000 | | 17,001.40 | 267,115.27 |
| 03/29/22 | 10121 | Interlake Plastic Supply, LLC | Dividend paid 18.23% on $11,324.88; Claim# 6; Filed: $11,324.88; Reference: 4247 | 7100-000 | | 2,065.02 | 265,050.25 |
| 03/29/22 | 10122 | C.H. Robinson Worldwide, Inc | Dividend paid 18.23% on $83,394.94; Claim# 7; Filed: $83,394.94; Reference: 5824 | 7100-000 | | 15,206.57 | 249,843.68 |
| 03/29/22 | 10123 | The Ward Family Trust | Dividend paid 18.23% on $410,000.00; Claim# 8; Filed: $410,000.00; Reference: AZIMUTH | 7100-000 | | 74,761.08 | 175,082.60 |
| 03/29/22 | 10124 | Stoll Keenon Ogden PLLC | Dividend paid 18.23% on $48,373.37; Claim# 9; Filed: $48,373.37; Reference: AZIMUTH | 7100-000 | | 8,820.60 | 166,262.00 |
| 03/29/22 | 10125 | Starks Manufacturing & Business Solutions, Inc. | Dividend paid 18.23% on $238,371.41; Claim# 10; Filed: $238,371.41; Reference: AZIMUTH | 7100-000 | | 43,465.62 | 122,796.38 |
| 03/29/22 | 10126 | Premier Scales & Systems | Dividend paid 18.23% on $431.91; Claim# 11; Filed: $431.91; Reference: AZIMUTH | 7100-000 | | 78.76 | 122,717.62 |
| 03/29/22 | 10127 | Uniroyal Global | Dividend paid 18.23% on $60,546.15; Claim# 12; Filed: $60,546.15; Reference: 6672 | 7100-000 | | 11,040.23 | 111,677.39 |
| 03/29/22 | 10128 | EEMSCO | Dividend paid 18.23% on $6,049.93; Claim# 13; Filed: $6,049.93; Reference: AZIMUTH | 7100-000 | | 1,103.17 | 110,574.22 |
| 03/29/22 | 10129 | Industrial Roller Corporate | Dividend paid 18.23% on $4,839.00; Claim# 14; Filed: $4,839.00; Reference: ICUS | 7100-000 | | 882.36 | 109,691.86 |
| 03/29/22 | 10130 | Pickup Delivery and Shipping | Dividend paid 18.23% on $10,490.04; Claim# 15; Filed: $10,490.04; Reference: AZIMUTH | 7100-000 | | 1,912.80 | 107,779.06 |
| 03/29/22 | 10131 | Butler MacDonald | Dividend paid 18.23% on $3,037.22; Claim# 16; Filed: $3,037.22; Reference: AZIMUTH | 7100-000 | | 553.82 | 107,225.24 |
| 03/29/22 | 10132 | Mounts Electric, Inc. | Dividend paid 18.23% on $12,928.48; Claim# 17; Filed: $12,928.48; Reference: 3024 | 7100-000 | | 2,357.43 | 104,867.81 |
| 03/29/22 | 10133 | Stemaly Excavating Inc | Dividend paid 18.23% on $1,200.00; Claim# 18; Filed: $1,200.00; Reference: AZIMUTH | 7100-000 | | 218.81 | 104,649.00 |

Subtotals : $0.00  $213,981.36

{} Asset reference(s)

Printed: 06/10/2022 03:30 PM    V.20.45

Case 19-71300-AKM-7A   Doc 119   Filed 06/14/22   EOD 06/14/22 14:17:21   Pg 15 of 16

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 19-71300-AKM-7  
**Case Name:** AZIMUTH CUSTOM EXTRUSIONS LLC  
**Taxpayer ID #:** **-***7960  
**Period Ending:** 06/10/22  

**Trustee:** Stacy M. Wissel (340470)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******7243 - Checking Account  
**Blanket Bond:** $22,684,758.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/22 | 10134 | Jelliff Corporation | Dividend paid 18.23% on $800.00; Claim# 19; Filed: $800.00; Reference: 9155 | 7100-000 | | 145.88 | 104,503.12 |
| 03/29/22 | 10135 | Corr-Wood Manufacturing, Inc. | Dividend paid 18.23% on $34,599.09; Claim# 20; Filed: $34,599.09; Reference: AZIMUTH | 7100-000 | | 6,308.94 | 98,194.18 |
| 03/29/22 | 10136 | NORDSON CORPORATION c/o Weltman, | Dividend paid 18.23% on $47,134.00; Claim# 21; Filed: $47,134.00; Reference: 0724 | 7100-000 | | 8,594.61 | 89,599.57 |
| 03/29/22 | 10137 | SAIA Motor Fredight Line, LLC | Dividend paid 18.23% on $49,948.62; Claim# 22; Filed: $49,948.62; Reference: 8027 | 7100-000 | | 9,107.84 | 80,491.73 |
| 03/29/22 | 10138 | Reference Services, Inc. | Dividend paid 18.23% on $332.00; Claim# 23; Filed: $332.00; Reference: AZIMUTH | 7100-000 | | 60.54 | 80,431.19 |
| 03/29/22 | 10139 | McMaster-Carr Supply Company | Dividend paid 18.23% on $3,120.73; Claim# 24; Filed: $3,120.73; Reference: 6900 | 7100-000 | | 569.05 | 79,862.14 |
| 03/29/22 | 10140 | U.S. Bank NA dba Elan Financial Services | Dividend paid 18.23% on $12,688.45; Claim# 25; Filed: $12,688.45; Reference: 8839 | 7100-000 | | 2,313.66 | 77,548.48 |
| 03/29/22 | 10141 | Tri State Bearing | Dividend paid 18.23% on $17,809.25; Claim# 26; Filed: $17,809.25; Reference: 2912 | 7100-000 | | 3,247.41 | 74,301.07 |
| 03/29/22 | 10142 | American Express National Bank | Dividend paid 18.23% on $2,526.81; Claim# 27; Filed: $2,526.81; Reference: 4002 | 7100-000 | | 460.75 | 73,840.32 |
| 03/29/22 | 10143 | Plastic Process Equipment, Inc. | Dividend paid 18.23% on $2,025.71; Claim# 28; Filed: $2,025.71; Reference: 3443 | 7100-000 | | 369.38 | 73,470.94 |
| 03/29/22 | 10144 | HR Connects | Dividend paid 18.23% on $33,468.24; Claim# 29; Filed: $33,468.24; Reference: AZIMUTH | 7100-000 | | 6,102.74 | 67,368.20 |
| 03/29/22 | 10145 | SEKISUI Polymer innovations, LLC | Combined Check for Claims#5U,5P | | | 67,368.20 | 0.00 |
| | | | Dividend paid 18.23% on $367,410.29; Claim# 5U; Filed: $367,410.29; Reference: 5101    66,995.10 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $373.10; Claim# 5P; Filed: $373.10; Reference: 5101    373.10 | 5800-000 | | | 0.00 |

```
                                ACCOUNT TOTALS            511,885.35    511,885.35       $0.00
                                  Less: Bank Transfers    281,885.35          0.00
                                Subtotal                  230,000.00    511,885.35
                                  Less: Payments to Debtors                  0.00
                                NET Receipts / Disbursements  $230,000.00  $511,885.35
```

{} Asset reference(s)

Printed: 06/10/2022 03:30 PM    V.20.45

Case 19-71300-AKM-7A    Doc 119    Filed 06/14/22    EOD 06/14/22 14:17:21    Pg 16 of 16

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 19-71300-AKM-7 | **Trustee:** Stacy M. Wissel (340470) |
| **Case Name:** AZIMUTH CUSTOM EXTRUSIONS LLC | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******7243 - Checking Account |
| **Taxpayer ID #:** **-***7960 | **Blanket Bond:** $22,684,758.00 (per case limit) |
| **Period Ending:** 06/10/22 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7166** | 282,358.00 | 472.65 | 0.00 |
| **Checking # ******7243** | 230,000.00 | 511,885.35 | 0.00 |
| | $512,358.00 | $512,358.00 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 06/10/2022 03:30 PM　　V.20.45